No. 83–1159. KUNTZ v. WINTERS NATIONAL BANK & TRUST CO. ET AL. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 83–1161. MAYLIE v. NATIONAL RAILROAD PASSENGER CORPORATION, AKA AMTRAK. C. A. 3d Cir. Certiorari denied.

No. 83–1163. BOLAR PHARMACEUTICAL CO., INC. v. CIBA-GEIGY CORP. C. A. 3d Cir. Certiorari denied.

No. 83–1210. PUGIOTI v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 83–1215. SOUTH CAROLINA ET AL. v. BLOCK, SECRETARY OF AGRICULTURE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–1276. WEBB v. LANDON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 83–1277. STEGE, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF STEGE v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–1288. CRIM v. HUNTER, UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 2d Cir. Certiorari denied.

No. 83–1300. NORI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–1317. BIALY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–5154. WOOD v. SANTA BARBARA CHAMBER OF COMMERCE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–5156. WOOD v. XEROX CORP. C. A. 9th Cir. Certiorari denied.